## PUCKETT *v.* THE STATE.

BECK, P. J. The motion for new trial in this case contains only the usual general grounds, that the verdict was contrary to the evidence and decidedly against the weight of the evidence; but the record discloses that the evidence for the State, if credible, was sufficient to support the verdict; and the jury being the judges of the weight of the evidence, this court can not disturb the judgment of the lower court refusing a new trial.          *Judgment affirmed. All the Justices concur.*

No. 4438. NOVEMBER 13, 1924.

Rape. Before Judge Searcy. Spalding superior court. May 24, 1924.

*J. A. Darsey,* for plaintiff in error.

*George M. Napier, attorney-general, E. M. Owen, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.